PROB 12C
(6/16)

Report Date: October 30, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell  Case Number: 0980 2:20CR00049-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable George P. Kazan, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(I) | | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Ellis | Date Supervision Commenced: | September 20, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 19, 2022 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Lovell violated the terms of his supervised release on October 29, 2020, as he was arrested for driving under the influence (DUI), in Whitman County, Washington.<br><br>On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 2.<br><br>On October 29, 2020, the undersigned officer received a phone call from a trooper with the Washington State Patrol. He advised the undersigned officer that Mr. Lovell was being arrested for suspicion of DUI, incident number 2020-102900001382. When Mr. Lovell was in the back of the patrol car, he vomited in the back seat. It was also noted that Mr. Lovell was very combative. |

Prob12C
Re: Lovell, George Thomas
October 30, 2020
Page 2

The undersigned officer called Mr. Lovell's employer, ACS Trucking, and confirmed they were aware of Mr. Lovell's arrest, and that he had been driving one of their semi trucks. The employer indicated Mr. Lovell had driven the semi truck off the roadway and into a field. A probable cause affidavit from case number 20-1-00261-38 (see violation number 2) indicates Mr. Lovell blew .184 BAC on the preliminary breath test (PBT).

On October 30, 2020, Mr. Lovell called the undersigned officer from the Whitman County Jail and admitted to consuming alcohol the night prior, after having an argument with his wife. A police report has been requested and the undersigned will update the Court as needed.

2     **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Mr. Lovell violated the terms of his supervised release on October 29, 2020, as he was arrested for custodial assault, case number 20-1-00261-38, a Class C felony, in Whitman County, Washington.

On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 2.

On October 29, 2020, Mr. Lovell was booked into the Whitman County Jail under suspicion of DUI. Mr. Lovell was instructed to change into jail clothing, however, he came out of his cell still wearing socks, shoes, and other clothing he was required to take off. Jail staff told him he needed to remove the items. Mr. Lovell began yelling and told jail staff to come take them from him in a threatening manner. Mr. Lovell assumed a belated fighting stance after giving one of the officer's his shoes. Mr. Lovell then stated "come get me fuckers, lets take this all the way." Mr. Lovell then grabbed a blue plastic chair and threw it at jail staff, hitting the staff member in the leg. Jail staff advanced toward Mr. Lovell, in order to restrain him. Mr. Lovell punched a jail staff member in the left side of his face with a closed fist, knocking off his glasses. Mr. Lovell was charged with custodial assault.

3     **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Mr. Lovell violated the terms of his supervised release on September 14, 2020, as he was arrested for disorderly conduct in Spokane, Washington.

On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 2.

According to the report filed by the Spokane Police Department, case number 2020-20160817, officers were dispatched to Mr. Lovell's residence for a disorderly male subject. Mr. Lovell was contacted and did not want to speak with police. Officers made contact with other involved parties. A witness reported observing Mr. Lovell calling the neighbor obscenities and observed Mr. Lovell attempt to fight the neighbor. The witness asked Mr. Lovell to stop his yelling and cursing. Mr. Lovell turned his attention toward the witness

Prob12C
**Re: Lovell, George Thomas**
**October 30, 2020**
**Page 3**

and told the witness to come out and fight him. The witness believed if Mr. Lovell came onto his property, he would have to protect himself and his children, who also appeared to have witnessed the incident. The charges for disorderly conduct are still pending.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/30/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

November 2, 2020
Date