# United States District Court

## for the

## Eastern District of Washington

Report Date:  June 21, 2021

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell                    Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: 1702 West Second Avenue #205, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The George P. Kazan, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens Within the United States, 8 U.S.C. § 1324 (a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(I) | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: September 20, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: September 19, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/02/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Lovell violated his conditions of supervised release by using methamphetamine and marijuana on or about June 17, 2021.<br><br>On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervision.  He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 3.<br><br>On June 17, 2021, Mr. Lovell submitted to urinalysis testing at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine and marijuana.  Mr. Lovell called the undersigned officer after submitting to the urinalysis test and admitted to using methamphetamine on June 12, 2021, however, he did not admit to marijuana use. |

Prob12C
Re: Lovell, George Thomas
June 21, 2021
Page 2

Prob12C
Re: Lovell, George Thomas
June 21, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/21/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other: *All pending alleged violations will be addressed at the Revocation of Supervised Release hearing scheduled for 7/15/2021.*

Thomas O. Rice
United States District Judge
June 21, 2021
Date