PROB 12C
(6/16)

Report Date: September 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell  Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: ███████████████████████████████
Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The George P. Kazan, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to transport undocumented aliens within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i) |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| Defense Attorney: | John Barto McEntire, IV |

Type of Supervision: Supervised Release

Date Supervision Commenced: September 20, 2019

Date Supervision Expires: September 19, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/02/2020 and 06/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

5 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged, Mr. Lovell violated his conditions of supervised release for being cited for driving on a suspended license by the Kootenai County Sheriff's Office on or about August 27, 2021.

On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervised release. He signed his judgment acknowledging an understanding of his conditions of supervision.

On August 27, 2021, the undersigned officer received an email at 1:53 a.m., from the Kootenai County Sheriff's Department. Staff advised that Mr. Lovell was stopped by a Kootenai County sheriff's deputy, traveling at 94 miles per hour in a posted 70 mile-per-hour zone, and was cited for driving on a suspended license.

Prob12C
Re: Lovell, George Thomas
September 7, 2021
Page 2

      6      **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

             **Supporting Evidence**: Mr. Lovell violated his conditions of supervised release by traveling to the District of Idaho, without the permission of the undersigned officer, on or around August 27, 2021.

             On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervised release. He signed his judgment acknowledging an understanding of his conditions of supervision.

             As referenced in violation number 5, Mr. Lovell was pulled over by a Kootenai County sheriff's deputy, within the boundaries of the District of Idaho. Mr. Lovell was not granted permission to travel to the District of Idaho, nor did he make an attempt to contact this officer to advise he would be traveling to the District of Idaho.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 7, 2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]   Other : ***All pending alleged violations will be addressed at the revocation hearing currently scheduled for 10/21/2021.***

Thomas O. Rice
United States District Judge
September 7, 2021
Date