PROB 12C
(6/16)

Report Date: February 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell         Case Number: 0980 2:20CR00049-TOR-1

Address of Offender:                    Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable George P. Kazen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens Within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(I) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 16 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | September 20, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | September 19, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence:** It is alleged that Mr. Lovell violated his conditions of supervised release by using methamphetamine on or about February 18, 2022.<br><br>On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervised release. He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On February 18, 2022, Mr. Lovell provided a random urinalysis test at Pioneer Human Services. The sample tested presumptive positive for methamphetamine and was sent to the lab for further testing. The undersigned officer discussed the positive test with Mr. Lovell, who disclosed that he used methamphetamine on February 17, 2022. |

Prob12C
**Re: Lovell, George Thomas**
**February 28, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 28, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 28, 2022
Date