PROB 12C
(6/16)

Report Date:  April 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell          Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: ███████████ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable George P. Kazen, Senior U.S. District Judge
Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(I) |
| Original Sentence: | Prison - 16 months; TSR - 36 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis    Date Supervision Commenced: September 20, 2019 |
| Defense Attorney: | Kathryn Lucido    Date Supervision Expires: September 19, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2022.

On October 8, 2019, Mr. Lovell and the undersigned officer reviewed his conditions of supervision.  He signed his judgement acknowledging an understanding of his conditions of supervision

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release by using fentanyl on or around April 5 and 6, 2022.

On April 15, 2022, the undersigned officer contacted Spokane Addiction and Recovery Center (SPARC) and spoke with his counselor.  His counselor disclosed that Mr. Lovell provided a urinalysis test on April 5, 2022, that was positive for fentanyl.  Another urinalysis test was submitted on April 6, 2022, and that urine sample also tested positive for fentanyl.

Prob12C
**Re: Lovell, George Thomas**
**April 15, 2022**
**Page 2**

Mr. Lovell was contacted and he disclosed that he ingested pills that he had thought was oxycodone. He also advised he obtained the pills from a female acquaintance and it was not legally prescribed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/15/2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

**THE COURT ORDERS**

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[X]    Other : ***All pending violations will be addressed at the Revocation Hearing scheduled for 4/20/2022.***

Thomas O. Rice
United States District Judge

April 18, 2022

Date