PROB 12C
(6/16)

Report Date: June 22, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell             Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: ███████████████ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable George P. Kazen, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to transport undocumented aliens within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(I) |
| Original Sentence: | Prison - 16 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (April 20, 2022) | Prison - 35 days; TSR - 12 months |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| Date Supervision Commenced: | April 20, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido |
| Date Supervision Expires: | April 19, 2023 |

### PETITIONING THE COURT

To issue a summons.

On April 22, 2022, the conditions of supervised release were reviewed with Mr. Lovell. He signed his revocation judgment for case number 2:20CR00049-TOR-1, acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release by using methamphetamine on or around May 31, 2022. |
| | On May 31, 2022, Mr. Lovell provided a random urinalysis test at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine. Mr. Lovell denied the use of controlled substances. The urine sample was sent to the contract laboratory for further testing and, on June 18, 2022, the lab confirmed a positive test for methamphetamine. |

Prob12C
Re: Lovell, George Thomas
June 22, 2022
Page 2

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release by using fentanyl on or around May 31, 2022.

On May 31, 2022, Mr. Lovell provided a random urinalysis test at Pioneer Human Services. The urine sample was sent to the contract laboratory for further testing, to include fentanyl testing. On June 11, 2022, the lab confirmed the test to be positive for fentanyl.

3     **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release for providing a dilute urine sample on June 7 and 8, 2022.

On June 7 and 8, 2022, Mr. Lovell provided random urinalysis tests at Pioneer Human Services. Both samples were sent to the contract laboratory for further testing and both showed a diluted urine specimen.

4     **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release for providing an invalid urine sample at Pioneer Human Services on June 13, 2022.

On June 13, 2022, Mr. Lovell provided a random urinalysis sample at Pioneer Human Services. The urine sample was sent to the contract laboratory to test for alcohol. The sample returned from the lab with a note stating, "specimen invalid, not consistent with normal human urine."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 22, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Lovell, George Thomas
June 22, 2022
Page 3

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

June 23, 2022
Date