PROB 12C
(6/16)

Report Date: June 23, 2022

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell        Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable George P. Kazen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I), and (a)(1)(B)(I) | |
| Original Sentence: | Prison - 16 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 20, 2022) | Prison - 35 days; TSR - 12 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: April 20, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 19, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/22/2022.

On April 22, 2022, the conditions of supervised release were reviewed with Mr. Lovell. He signed his revocation judgment for case number 2:20CR00049-TOR-1, acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release by using fentanyl on or around June 13, 2022. |
| | On June 13, 2022, Mr. Lovell provided a random urinalysis test at Pioneer Human Services. The urine sample was sent to the contract laboratory to test for fentanyl. On June 23, 2022, the lab confirmed the test to be positive for fentanyl. |

Prob12C
Re: Lovell, George Thomas
June 23, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 23, 2022

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

June 23, 2022
Date