```
PROB 12C
 (6/16)
```
                                                                                    Report Date: July 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Thomas Lovell                Case Number: 0980 2:20CR00049-TOR-1

Address of Offender: Spokane County Jail - 1100 West Mallon Avenue, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable George P. Kazen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Transport Undocumented Aliens within the United States, 8 U.S.C. § U.S.C. 1324(a)(1)(A)(ii),(a)(1)(A)(v)(I), and (a)(1)(B)(I) | |
| Original Sentence: | Prison - 16 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 20, 2022) | Prison - 35 days; TSR - 12 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: April 20, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: April 19, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/22/2022, and 06/23/2022.

On April 22, 2022, the conditions of supervised release were reviewed with Mr. Lovell. He signed his revocation judgment for case number 2:20CR00049-TOR-1, acknowledging his understanding of his conditions of supervision

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #1:** You must abstain fro the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Lovell is in violation of his conditions of supervised release by using methamphetamine on or around June 21, 2022. |

Prob12C
Re: Lovell, George Thomas
July 6, 2022
Page 2

On June 21, 2022, Mr. Lovell reported to the probation office to submit to urinalysis testing. Mr. Lovell provided two urine samples that appeared suspicious to the undersigned officer. A sweat patch was applied on the right arm of Mr. Lovell to more closely monitor his drug use.

On June 23, 2022, the sweat patch was removed and sent to the contract laboratory for further testing. On June 30, 2022, the lab report was received and showed a positive result for the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 6, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other - *All pending alleged violations will be addressed at the Revocation Hearing set for 7/14/2022.*

Thomas O. Rice
United States District Judge

July 6, 2022
Date